MORTGAGE PROPERTIES CORPORATION *v.*
DAVID WAGNER ET AL.
(13765)

DUPONT, C. J., and LAVERY and SCHALLER, Js.

Argued January 13—decision released February 14, 1995

*David R. Wagner,* pro se, the appellant (named defendant).

*Paul A. De Genaro,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.